The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR12-5390 BHS |
| Plaintiff, | ) | |
| v. | ) | PROTECTIVE ORDER |
| TINA LONG, | ) | |
| Defendant. | ) | |

The Court, having considered the government's Consent Motion for a Protective Order, hereby finds as follows:

1. The government, in response to a defense request, subpoenaed patient records from Morton General Hospital in the above-captioned case.

2. These patient records are sensitive, and they include financial, medical, and personal information that should not be disclosed to third parties who are not a party to this litigation.

IT IS THEREFORE HEREBY ORDERED that the patient records (Bates-stamped TL_00141-TL_04156) shall be produced unredacted to the defense. The defendant (to include defense counsel, its staff, and defense-retained experts) may use these documents only for purposes of the criminal litigation, and may not disclose them to

CONSENT MOTION FOR PROTECTIVE ORDER/LONG - 1
Case No. CR12-5390 BHS

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

non-parties who are not members of the defense.

IT IS FURTHER ORDERED that the defendant not file any patient files with the Court or reproduce their contents in any court filing unless the document or filing is placed under seal or all information that would identify the patient has been removed.

IT IS FURTHER ORDERED that any additional patient records that are deemed confidential by the government shall be subject this Protective Order.

IT IS FURTHER ORDERED that defense counsel confirm in writing with the government that, 90 days following the final conclusion of this litigation, the patient records, and any records identifying the patients, be destroyed.

DONE this 29th day of January, 2013.

BENJAMIN H. SETTLE
United States District Judge

Presented by:

s/ Jerrod Patterson
Assistant United States Attorney

CONSENT MOTION FOR PROTECTIVE ORDER/LONG - 2
Case No. CR12-5390 BHS

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970